# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 17-990 consolidated with 17-985, 17-986, 17-987, 17-988, 17-989, 17-991, 17-992

RAYMOND MARTIN

VERSUS

MULTI-CHEM GROUP, LLC, ET AL.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 120873
HONORABLE ANTHONY THIBODEAUX, DISTRICT JUDGE

**********

## MARC T. AMY
## JUDGE

**********

Court composed of Marc T. Amy, Van H. Kyzar, and Candyce G. Perret, Judges.

**AFFIRMED.**

Richard G. Duplantier, Jr.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139
(504) 525-6802
COUNSEL FOR DEFENDANTS/APPELLANTS:
      Multi-Chem Group, LLC
      Cade Bourque
      John Gauthier
      Nathan Walker
      Aaron Gauthier

**Jo Ann Nixon**
**Glenda August & Assoc.**
**129 W. Pershing Street**
**New Iberia, LA   70560**
**(337) 369-7437**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Raymond Martin**

**AMY, Judge.**

For the reasons provided in the consolidated appeal of *Robert J. Broussard, et al. v. Multi-Chem Group, LLC*, 17-985 (La.App. 3 Cir. _/_/18), _ So.3d _, the judgment of the trial court is affirmed. Costs of this proceeding are assessed to the defendants-appellants, Multi-Chem Group, LLC, Cade Bourque, John Gauthier, Nathan Walker, and Aaron Gauthier.

**AFFIRMED.**